IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEUTSCHE OEL & GAS S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 20-1329-CFC |
| ) | |
| ENERGY CAPITAL PARTNERS ) | |
| MEZZANINE OPPORTUNITIES ) | |
| FUND A, LP, ENERGY CAPITAL ) | |
| PARTNERS MEZZANINE ) | |
| OPPORTUNITIES FUND, LP, ) | |
| ENERGY CAPITAL PARTNERS ) | |
| MEZZANINE OPPORTUNITIES ) | |
| FUND B, LP, ENERGY CAPITAL ) | |
| PARTNERS MEZZANINE, LP ) | |
| (ALASKA MIDSTREAM ) | |
| CO-INVEST) and ENERGY ) | |
| CAPITAL PARTNERS ) | |
| MEZZANINE II, LP (ALASKA ) | |
| MIDSTREAM CO-INVEST), ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 13th day of October, 2020, the above-captioned case having been transferred to this court from the Southern District of New York for referral to the United State Bankruptcy Court for the District of Delaware;

IT IS ORDERED that the above-captioned case is referred to the United States Bankruptcy Court for the District of Delaware.

_____
United States District Judge