CLOSED

# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:20−cv−01329−CFC

| | |
|---|---|
| Deutsche Oel & Gas S.A. v. Energy Capital Partners Mezzanine Opportunities Fund A, LP et al | Date Filed: 09/30/2020 |
| Assigned to: Judge Colm F. Connolly | Date Terminated: 10/13/2020 |
| Case in other court: New York Southern, 1:19−cv−11058 | Jury Demand: None |
| Cause: 28:1334 Bankruptcy Appeal | Nature of Suit: 423 Bankruptcy Withdrawl |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Deutsche Oel & Gas S.A.**


V.

**Defendant**

**ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND A, LP**

**Defendant**

**ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND, LP**

**Defendant**

**ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND B, LP**

**Defendant**

**Energy Capital Partners Mezzanine, LP**
*Alaska Midstream Co−invest*

**Defendant**

**Energy Capital Partners Mezzanine II, LP**
*Alaska Midstream Co−invest*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2019 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 656717/2019. (Filing Fee $ 400.00, Receipt Number ANYSDC−18188159).Document filed by ENERGY CAPITAL PARTNERS MEZZANINE (ALASKA MIDSTREAM COINVEST) II, LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND B, LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND, LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND A, LP, ENERGY CAPITAL PARTNERS MEZZANINE (ALASKA MIDSTREAM COINVEST), LP. (Attachments: # 1 Exhibit A − Summons with Notice)(Atkinson, Stefan) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/02/2019) |
| 12/02/2019 | 2 | CIVIL COVER SHEET filed. (Atkinson, Stefan) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/02/2019) |
| 12/02/2019 | 3 | MOTION to Transfer Case *Venue to the United States District Court for the District of Delaware*. Document filed by ENERGY CAPITAL PARTNERS MEZZANINE (ALASKA MIDSTREAM COINVEST) II, LP, ENERGY CAPITAL PARTNERS MEZZANINE (ALASKA MIDSTREAM COINVEST), LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND A, LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND B, LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND, LP.(Atkinson, Stefan) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/02/2019) |

| | | |
|---|---|---|
| 12/02/2019 | 4 | MEMORANDUM OF LAW in Support re: 3 MOTION to Transfer Case */Venue to the United States District Court for the District of Delaware*. . Document filed by ENERGY CAPITAL PARTNERS MEZZANINE (ALASKA MIDSTREAM COINVEST) II, LP, ENERGY CAPITAL PARTNERS MEZZANINE (ALASKA MIDSTREAM COINVEST), LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND A, LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND B, LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND, LP. (Atkinson, Stefan) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/02/2019) |
| 12/02/2019 | 5 | DECLARATION of Stefan Atkinson in Support re: 3 MOTION to Transfer Case */Venue to the United States District Court for the District of Delaware.*. Document filed by ENERGY CAPITAL PARTNERS MEZZANINE (ALASKA MIDSTREAM COINVEST) II, LP, ENERGY CAPITAL PARTNERS MEZZANINE (ALASKA MIDSTREAM COINVEST), LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND A, LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND B, LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND, LP. (Attachments: # 1 Exhibit A – Summons with Notice, # 2 Exhibit B – Webb Motion, # 3 Exhibit C – RWIO Motion, # 4 Exhibit D – Declaration of Trent J. Kososki in Support of Defendants' Motion to Transfer Venue, # 5 Exhibit E – Brutus Declaration)(Atkinson, Stefan) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/02/2019) |
| 12/03/2019 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Stefan H. Atkinson. The party information for the following party/parties has been modified: ENERGY CAPITAL PARTNERS MEZZANINE (ALASKA MIDSTREAM COINVEST) II, LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND B, LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND, LP, ENERGY CAPITAL PARTNERS MEZZANINE OPPORTUNITIES FUND A, LP, ENERGY CAPITAL PARTNERS MEZZANINE (ALASKA MIDSTREAM COINVEST), LP. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps; party text was omitted. (dnh)** [Transferred from New York Southern on 10/2/2020.] (Entered: 12/03/2019) |
| 12/03/2019 | | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Stefan H. Atkinson. The following case opening statistical information was erroneously selected/entered: Cause of Action code 28:1442nr; Origin code 1 (Original Proceeding); County code New York. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 28:1334; the Origin code has been modified to 2 (Removal from State Court); the County code has been modified to XX Out of State. (dnh)** [Transferred from New York Southern on 10/2/2020.] (Entered: 12/03/2019) |
| 12/03/2019 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Ronnie Abrams. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions. (dnh) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/03/2019) |
| 12/03/2019 | | Magistrate Judge Stewart D. Aaron is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (dnh) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/03/2019) |
| 12/03/2019 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Energy Capital Partners Mezzanine II, LP, Energy Capital Partners Mezzanine Opportunities Fund A, LP, Energy Capital Partners Mezzanine Opportunities Fund B, LP, Energy Capital Partners Mezzanine Opportunities Fund, |

| | | |
|---|---|---|
| | | LP, Energy Capital Partners Mezzanine, LP.(Atkinson, Stefan) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/03/2019) |
| 12/09/2019 | 7 | NOTICE OF APPEARANCE by Christopher Neil Gray on behalf of Deutsche Oel & Gas S.A.. (Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/09/2019) |
| 12/09/2019 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Deutsche Oel & Gas S.A..(Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/09/2019) |
| 12/09/2019 | 9 | LETTER addressed to Judge Ronnie Abrams from Christopher Neil Gray dated December 9, 2019 re: Request to set a Briefing Schedule on Plaintiff's anticipated motion for remand and Defendants' pending motion to transfer venue.. Document filed by Deutsche Oel & Gas S.A..(Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/09/2019) |
| 12/10/2019 | 10 | MEMO ENDORSEMENT on re: 9 Letter re: Request to set a Briefing Schedule on Plaintiff's anticipated motion for remand and Defendants' pending motion to transfer venue, filed by Deutsche Oel & Gas S.A. ENDORSEMENT: Defendants shall file a letter by December 13, 2019 explaining how, if at all, they will be prejudiced if the Court adopts Plaintiff's proposed briefing scheduled. (Signed by Judge Ronnie Abrams on 12/10/2019) (rj) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/10/2019) |
| 12/13/2019 | 11 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Anna G. Rotman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18273808. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Energy Capital Partners Mezzanine II, LP, Energy Capital Partners Mezzanine Opportunities Fund A, LP, Energy Capital Partners Mezzanine Opportunities Fund B, LP, Energy Capital Partners Mezzanine Opportunities Fund, LP, Energy Capital Partners Mezzanine, LP. (Attachments: # 1 Declaration in Support of Motion for Admission Pro Hac Vice, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Rotman, Anna) Modified on 12/13/2019 (wb). [Transferred from New York Southern on 10/2/2020.] (Entered: 12/13/2019) |
| 12/13/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 11 MOTION for Anna G. Rotman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–18273808. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Texas;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** [Transferred from New York Southern on 10/2/2020.] (Entered: 12/13/2019) |
| 12/13/2019 | 12 | MOTION for Anna G. Rotman to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Energy Capital Partners Mezzanine II, LP, Energy Capital Partners Mezzanine Opportunities Fund A, LP, Energy Capital Partners Mezzanine Opportunities Fund B, LP, Energy Capital Partners Mezzanine Opportunities Fund, LP, Energy Capital Partners Mezzanine, LP. (Attachments: # 1 Declaration in Support of Motion for Admission Pro Hac Vice, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Rotman, Anna) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/13/2019) |
| 12/13/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 12 MOTION for Anna G. Rotman to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** [Transferred from New York Southern on 10/2/2020.] (Entered: 12/13/2019) |
| 12/13/2019 | 13 | RESPONSE re: 9 Letter, . Document filed by Energy Capital Partners Mezzanine II, LP, Energy Capital Partners Mezzanine Opportunities Fund A, LP, Energy Capital Partners Mezzanine Opportunities Fund B, LP, Energy Capital Partners Mezzanine Opportunities Fund, LP, Energy Capital Partners Mezzanine, LP. (Atkinson, Stefan) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/13/2019) |

| | | |
|---|---|---|
| 12/16/2019 | 14 | ORDER granting 12 Motion for Anna G. Rotman to Appear Pro Hac Vice (HEREBY ORDERED by Judge Ronnie Abrams)(Text Only Order) (arc) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/16/2019) |
| 12/16/2019 | 15 | RESPONSE re: 13 Response, 9 Letter, . Document filed by Deutsche Oel & Gas S.A.. (Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/16/2019) |
| 12/18/2019 | 16 | ENDORSED LETTER addressed to Judge Ronnie Abrams from Stefan Atkinson, P.C. dated 12/13/19 re: Response to the December 9, 2019 letter. ENDORSEMENT: The Court hereby adopts Defendant ECP's proposed briefing schedule. Plaintiff shall file its opposition to ECP's motion to transfer, motion to remand, and complaint by January 2, 2020; ECP shall file its reply in support of its motion to transfer and opposition to Plaintiff's motion to remand by January 9, 2020; and Plaintiff shall, if it so chooses, file its sur–reply in opposition to ECP's motion to transfer and reply in support of its motion to remand by January 16, 2020. ( Responses due by 1/2/2020, Replies due by 1/9/2020., Surreplies due by 1/16/2020.) (Signed by Judge Ronnie Abrams on 12/18/2019) (mro) [Transferred from New York Southern on 10/2/2020.] (Entered: 12/18/2019) |
| 01/02/2020 | 17 | MEMORANDUM OF LAW in Opposition re: 3 MOTION to Transfer Case */Venue to the United States District Court for the District of Delaware*. . Document filed by Deutsche Oel & Gas S.A.. (Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 01/02/2020) |
| 01/02/2020 | 18 | DECLARATION of C. Neil Gray in Opposition re: 3 MOTION to Transfer Case */Venue to the United States District Court for the District of Delaware*.. Document filed by Deutsche Oel & Gas S.A.. (Attachments: # 1 Exhibit Ex. A – Pledge Agreement, # 2 Exhibit Ex. B – Bankruptcy Plan, # 3 Exhibit Ex. C – Opposition to Standing Motion)(Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 01/02/2020) |
| 01/02/2020 | 19 | MOTION to Remand *Action to New York State Court*. Document filed by Deutsche Oel & Gas S.A..(Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 01/02/2020) |
| 01/02/2020 | 20 | MEMORANDUM OF LAW in Support re: 19 MOTION to Remand *Action to New York State Court*. . Document filed by Deutsche Oel & Gas S.A.. (Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 01/02/2020) |
| 01/02/2020 | 21 | DECLARATION of C. Neil Gray in Support re: 19 MOTION to Remand *Action to New York State Court*.. Document filed by Deutsche Oel & Gas S.A.. (Attachments: # 1 Exhibit A – Pledge Agreement, # 2 Exhibit B – Draft Complaint, # 3 Exhibit C – Bankruptcy Plan, # 4 Exhibit D – Opposition to Standing Motion)(Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 01/02/2020) |
| 01/09/2020 | 22 | REPLY MEMORANDUM OF LAW in Support re: 3 MOTION to Transfer Case */Venue to the United States District Court for the District of Delaware*. . Document filed by Energy Capital Partners Mezzanine II, LP, Energy Capital Partners Mezzanine Opportunities Fund A, LP, Energy Capital Partners Mezzanine Opportunities Fund B, LP, Energy Capital Partners Mezzanine Opportunities Fund, LP, Energy Capital Partners Mezzanine, LP. (Atkinson, Stefan) [Transferred from New York Southern on 10/2/2020.] (Entered: 01/09/2020) |
| 01/09/2020 | 23 | MEMORANDUM OF LAW in Opposition re: 19 MOTION to Remand *Action to New York State Court*. . Document filed by Energy Capital Partners Mezzanine II, LP, Energy Capital Partners Mezzanine Opportunities Fund A, LP, Energy Capital Partners Mezzanine Opportunities Fund B, LP, Energy Capital Partners Mezzanine Opportunities Fund, LP, Energy Capital Partners Mezzanine, LP. (Atkinson, Stefan) [Transferred from New York Southern on 10/2/2020.] (Entered: 01/09/2020) |
| 01/09/2020 | 24 | DECLARATION of Stefan Atkinson in Opposition re: 19 MOTION to Remand *Action to New York State Court*.. Document filed by Energy Capital Partners Mezzanine II, LP, Energy Capital Partners Mezzanine Opportunities Fund A, LP, Energy Capital Partners Mezzanine Opportunities Fund B, LP, Energy Capital Partners Mezzanine Opportunities Fund, LP, Energy Capital Partners Mezzanine, LP. (Attachments: # 1 Exhibit A – Second Amendment to 2nd A&R Credit Agreement, # 2 Exhibit B – S.D.N.Y. 18–cv–02907 Dkt. 33–20, # 3 Exhibit C – S.D.N.Y. 18–cv–02907 Dkt. |

| | | |
|---|---|---|
| | | 33–21, # 4 Exhibit D – Furie – Final DIP Order, # 5 Exhibit E – Bidding Procedures Order. Bkr. Dkt. 185, # 6 Exhibit F – Notice of Default, # 7 Exhibit G – Second Amended and Restated Credit Agreement Executed, # 8 Exhibit H – 1. ECP Kososki Dec. 1.9.20)(Atkinson, Stefan) [Transferred from New York Southern on 10/2/2020.] (Entered: 01/09/2020) |
| 01/16/2020 | 25 | REPLY MEMORANDUM OF LAW in Support re: 19 MOTION to Remand *Action to New York State Court*. . Document filed by Deutsche Oel & Gas S.A.. (Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 01/16/2020) |
| 01/16/2020 | 26 | REPLY MEMORANDUM OF LAW in Opposition re: 3 MOTION to Transfer Case */Venue to the United States District Court for the District of Delaware*. . Document filed by Deutsche Oel & Gas S.A.. (Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 01/16/2020) |
| 02/18/2020 | 27 | LETTER addressed to Judge Ronnie Abrams from C. NEIL GRAY dated FEBRUARY 18, 2020 re: Developments in Bankruptcy Case. Document filed by Deutsche Oel & Gas S.A.. (Attachments: # 1 Exhibit Bankruptcy Court Motion).(Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 02/18/2020) |
| 02/19/2020 | 28 | MEMO ENDORSEMENT on re: 27 Letter filed by Deutsche Oel & Gas S.A. ENDORSEMENT: No later than February 24, 2020, Defendants shall submit a letter, not to exceed three pages, stating its position on how, if at all, the developments in the Furie Bankruptcy proceeding affect the motions pending before this Court. (Signed by Judge Ronnie Abrams on 2/19/2020) (cf) [Transferred from New York Southern on 10/2/2020.] (Entered: 02/19/2020) |
| 02/24/2020 | 29 | RESPONSE re: 27 Letter, 28 Memo Endorsement, *Defendant ECP respectfully submits this response to the February 19, 2020 letter (Dkt. No. 27) submitted to the Court by Plaintiff Deutsche OEL & Gas S.A. (Brutus) regarding ECPs Motion to Transfer Venue to the Delaware Bankruptcy Court, in which the Furie chapter 11 cases are pending. See In re Furie Operating Alaska, LLC, Case No. 19–11781 (LSS) (the Furie Bankruptcy)*.. Document filed by Energy Capital Partners Mezzanine II, LP, Energy Capital Partners Mezzanine Opportunities Fund A, LP, Energy Capital Partners Mezzanine Opportunities Fund B, LP, Energy Capital Partners Mezzanine Opportunities Fund, LP, Energy Capital Partners Mezzanine, LP..(Rotman, Anna) [Transferred from New York Southern on 10/2/2020.] (Entered: 02/24/2020) |
| 06/18/2020 | 30 | LETTER addressed to Judge Ronnie Abrams from C. Neil Gray dated June 18, 2020 re: Deutsche Oel & Gas S.A. v. Energy Capital Partners Mezzanine. Document filed by Deutsche Oel & Gas S.A...(Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 06/18/2020) |
| 06/19/2020 | 31 | MEMO ENDORSEMENT on re: 30 Letter filed by Deutsche Oel & Gas S.A. ENDORSEMENT: No later than June 26, 2020, Defendants shall submit a letter stating its position on how, if at all, the developments in the Furie Bankruptcy proceeding affect the motions pending before this Court. (Signed by Judge Ronnie Abrams on 6/19/2020) (rro) [Transferred from New York Southern on 10/2/2020.] (Entered: 06/19/2020) |
| 06/26/2020 | 32 | RESPONSE re: 30 Letter . Document filed by Energy Capital Partners Mezzanine II, LP, Energy Capital Partners Mezzanine Opportunities Fund A, LP, Energy Capital Partners Mezzanine Opportunities Fund B, LP, Energy Capital Partners Mezzanine Opportunities Fund, LP, Energy Capital Partners Mezzanine, LP..(Rotman, Anna) [Transferred from New York Southern on 10/2/2020.] (Entered: 06/26/2020) |
| 06/26/2020 | 33 | LETTER addressed to Judge Ronnie Abrams from C. Neil Gray dated June 26, 2020 Document filed by Deutsche Oel & Gas S.A...(Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 06/26/2020) |
| 08/21/2020 | 34 | LETTER addressed to Judge Ronnie Abrams from Anna G. Rotman, P.C. dated 08/21/2020 re: Supplemental Authority. Document filed by Energy Capital Partners Mezzanine II, LP, Energy Capital Partners Mezzanine Opportunities Fund A, LP, Energy Capital Partners Mezzanine Opportunities Fund B, LP, Energy Capital Partners Mezzanine Opportunities Fund, LP, Energy Capital Partners Mezzanine, LP..(Rotman, |

| | | |
|---|---|---|
| | | Anna) [Transferred from New York Southern on 10/2/2020.] (Entered: 08/21/2020) |
| 08/25/2020 | 35 | LETTER addressed to Judge Ronnie Abrams from C. Neil Gray dated August 25, 2020 Document filed by Deutsche Oel & Gas S.A...(Gray, Christopher) [Transferred from New York Southern on 10/2/2020.] (Entered: 08/25/2020) |
| 09/30/2020 | 36 | OPINION AND ORDER re: 19 MOTION to Remand *Action to New York State Court.* filed by Deutsche Oel & Gas S.A., 3 MOTION to Transfer Case */Venue to the United States District Court for the District of Delaware*. filed by Energy Capital Partners Mezzanine Opportunities Fund B, LP, Energy Capital Partners Mezzanine II, LP, Energy Capital Partners Mezzanine Opportunities Fund A, LP, Energy Capital Partners Mezzanine, LP, Energy Capital Partners Mezzanine Opportunities Fund, LP. For the foregoing reasons, DOGSA's motion to remand this case is denied, and ECP's motion to transfer the case is granted. The Clerk of Court is respectfully directed to terminate the motions pending at Docket Entries 3 and 19 and transfer this case to the United States District Court for the District of Delaware for automatic referral to the Delaware Bankruptcy Court. The Court hereby waives the seven–day waiting period set forth in Local Rule 83.1 so that the case may be transferred without delay. SO ORDERED. (Signed by Judge Ronnie Abrams on 9/30/2020) (kv) [Transferred from New York Southern on 10/2/2020.] (Entered: 09/30/2020) |
| 09/30/2020 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of District of Delaware.(kv) [Transferred from New York Southern on 10/2/2020.] (Entered: 09/30/2020) |
| 10/02/2020 | 37 | Record of case transferred in from District of New York Southern; Case Number in Other District: 1:19–cv–11058. Copy of Docket Sheet and original file (Entered: 10/02/2020) |
| 10/02/2020 | 38 | Local Counsel Letter sent. Notice of Compliance deadline set for 10/30/2020. (amf) (Entered: 10/02/2020) |
| 10/07/2020 | | Case Assigned to Judge Colm F. Connolly. Please include the initials of the Judge (CFC) after the case number on all documents filed. (rjb) (Entered: 10/07/2020) |
| 10/13/2020 | 39 | ORDER Transferring Case to the District of Delaware Bankruptcy Court re 36 Memorandum Opinion, (CASE CLOSED). Signed by Judge Colm F. Connolly on 10/13/2020. (nmf) (Entered: 10/13/2020) |